UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
June 21, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

In the Matter of the Reassignment of Cases )
from the Calendar )
)
of )         ORDER OF THE CHIEF MAGISTRATE JUDGE
)
Magistrate Judge David T. Bristow )
)                          17-079
)
_____ )

Due to the impending resignation of Magistrate Judge David T. Bristow, the following cases have been reassigned to Magistrate Judge Alexander F. MacKinnon for all further proceedings:

2:16-cv-00360-TJH(DTB)      Phillip Martinez v. Steve Langford et al.

5:15-cv-02160-TJH(DTB)      Phillip Martinez v. United States Bureau of Prisons et al.

On all documents subsequently filed in this case, please substitute the Magistrate Judge initials (AFM) after the case number in place of the initials of the prior Magistrate Judge.

Dated: June 21, 2017

_____
Patrick J. Walsh
Chief U.S. Magistrate Judge