# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MARTINEZ,<br><br>　　　　　Petitioner,<br><br>v.<br><br>STEVE LANGFORD, et al.,<br><br>　　　　　Respondents. | Case No. CV 16-00360 TJH (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Final Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in *de novo* review of those portions of the Report to which objections have been made. Petitioner's objections are overruled. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Final Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: October 26, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　TERRY J. HATTER, JR.
　　　　　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE