# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PHILLIP MARTINEZ,

               Petitioner,

    v.

STEVE LANGFORD, et al.,

               Respondents.

Case No. CV 16-00360 TJH (AFM)

**JUDGMENT**

      Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 26, 2017

_____
TERRY J. HATTER, JR.
SENIOR U.S. DISTRICT JUDGE